Clerk of the Court
US District Court of RI
1 Exchange Terrace
Providence RI 02903

**RECEIVED**
AUG 25 2025
U.S. DISTRICT COURT
DISTRICT OF R.I.

Re: Supporting Documents for Motion 2241
For Sarah Cavanaugh
Register # 90889-509

Please be advised that Sarah has mailed additional information to you today separately concerning this matter. I am her mother.

She has asked me to forward you a copy of the violation incident report from Houston House halfway house. She did submit a reply to the program director requesting an informal resolution. There were also errors as well as missing information in the report, and she requested that the report be corrected. The reply to the report is also enclosed.

There are 3 items enclosed concerning a medical issue that she has pending as well. There is a summary of her most recent appointment,

a report on her ultrasound, and notification of a pending appointment on 8/28.

Also, when this is resolved, she has permission to stay at my home. The address is -
11 Bruster Dr
North Kingstown RI 02852

Please seal all of these supporting documents.

Thank you,
*Holly A Cavanaugh*
Holly A Cavanaugh