<u>Updated Information for 2241</u>                                Aug. 26, 2025

RECEIVED SEP 0 2 2025 U.S. DISTRICT COURT DISTRICT OF R.I.

On Thursday Aug. 21, 2025, two RRC staff (Lorainne + Ashanti) conducted an investigation and provided a recommended sanction for incident report (from Aug. 13, 2025). They informed me I was removed from Houston House program due to "creating a hostile environment," and the incident on Aug. 12, 2025, when I asked a question, was the sole concern. I asked if I had acted or spoken in an inappropriate way following incident and was told "no." I asked why I was allowed to remain in the program from Tuesday Aug. 12 through Friday Aug. 15 (because incident of concern happened on Tuesday, with no other incidents following) and was informed that that question could only be answered by BOP. RRC staff informed me Patrick McFarland was individual at BOP who made decision regarding my removal from program. They did not have any documentation regarding my revocation.

During investigation, Ashanti informed me that male residents were overheard calling new resident "an it," by staff and that this created an uncomfortable environment for new resident. I stated my understanding and agree; I do not condone or encourage homophobic behavior / language. RRC staff documented my statement and their recommended sanction was "time served." I asked about returning to program based on recommended sanction and was told to follow up with case manager on unit at Wyatt. I did not recieve a reply to my BP-8 submitted on Aug 13, 2025.

I have included a copy of the letter I mailed to Ms. Amy Boncher (RO Northeast Regional Office, US Custom House, 7th Floor, 200 Chestnut Street, Philadelphia, PA 19106) to continue the administrative remedy process.

1

I understand there are many factors to consider when determining if the release of an individual from custody is appropriate. The most important factor in my case (in my opinion) is the impact I had on my victims. My perspective on my crime and actions has changed dramatically during my incarceration and I see that the justification of my actions that I provided at allocution did not consider the depth of betrayal to the people I cared about. I was on a destructive path and my incarceration was warranted. I wish I could have stopped lying sooner to prevent the pain I caused my victims.

Though I did not pay a substantial amount towards my restitution while incarcerated, I paid what I could from my prison wages. I have full-time employment and my boss will welcome me back upon release. I will not obtain my own housing because my main priority is paying back my victims. It by no means erases what I did, but it is the only way I can contribute to their healing.

While incarcerated, I have participated in rehabilitative programming, including substance use (non residential) classes, Yale classes, and completed a safety apprenticeship through the Department of Labor. Prior to my placement at Houston House, I had a perfect disciplinary record. I am non-violent and have no history of violence.

Starting in June 2023, I began to experience abdominal pain. I reported my concerns to medical in Jan. 2024 because the pain continued to increase and I was losing weight rapidly. In June 2024, I was taken to Danbury ER due to pain and fever. I was released with a referral to a specialist. In Jan. 2025, I had an MRI. Upon my release from Danbury in May 2025, I recieved care from a private provider, who identified source of pain. I am concerned about the long-term effects (specifically reproductively) that I could experience due to issue. I have private insurance and am

2

able to cover my cost of care.

My release date is Aug. 10, 2026. If my medical issue did not exist, I would not ask for release. I have created a strong release plan (housing, employment, treatment) for the time I eventually re-enter society. I want to be successful and know my accountability to Probation is essential to that success. I applied to HOPE Court and have been transparent with Probation about my mistakes while at Houston House.

I am asking this document please be sealed because of my disclosure of medical issue.

I am providing this information in support of my 2241.

Thank you for your consideration.

Sarah Cavanaugh
#90889509

3