RECEIVED
SEP 0 2 2025
U.S. DISTRICT COURT
DISTRICT OF R.I.

BP 9 / BP 10
Tuesday Aug. 26, 2025

Dear Ms. Boncher,

Please accept this letter as my BP-9 and/or BP-10. I am currently housed at Wyatt Detention Center, in RI, and do not have access to either administrative form.

I am asking to return to Houston House (RRC) in Pawtucket, RI. I was removed on 8/15/25 and informed on 8/21/25 by RRC staff that removal was due to incident report I recieved on 8/13/25. RRC Staff told me the recommended sanction for incident was time served, and to write to BOP regarding returning to program.

I am fully employed and my employer has agreed to hold my position. I have family support, a stable residence, and am engaged in mental health treatment. I have maintained my sobriety and was never at an unauthorized location (or "out of place").

Thank you for your consideration.
I have included 3 copies of this letter because I believe a BP 9/10 requires that.

— Sarah Cavanaugh
#90889-509