Leo G Mogavero
Wyatt Detention Facility
950 High Street
Central Falls, RI 02863
(401) 302-5846 (C)
(401) 434-8900(W)

RECEIVED

SEP 11 2025

U.S. DISTRICT COURT
DISTRICT OF R.I.

September 4, 2025

RE: Sarah Cavanaugh (#90889-509)

To Whom It May Concern:

My name is Leo G Mogavero and I am the Chaplain of the Wyatt Detention Facility in Central falls, RI. I am also an educator of Bible, Religious, and Philosophy Studies. I was born, bred and educated in Boston, Ma. and have a BA in English/Philosophy and a Master's Degree in Theology. I am a 3rd order Franciscan with over 25 years of experience in Hospitals, Nursing Homes, Care and Prison Ministries.

Over the years, I have been asked to write many letters of recommendations for the incarcerated. Several of these I have asked the Courts for a reduction in sentencing, some to be placed in psychiatric holdings/hospitals, and some on a probationary tenure.

I am asking you, (To Whom It May Concern), to please consider a reduction in the sentencing of Sarah Cavanaugh. She has been and continues to be a student of mine in Bible and Religious Studies. She has never missed a class or a one on one session with me regarding her past ways and her positive desire for the future.

Sarah speaks with her family on a regular basis. Her family is her life. She is always in Prayer, and Prays the Rosary daily with several others, reads the Bible and other Religious books, reviews spiritual movies, and/or on her knees in personal Prayer. I observe her assisting other inmates who have issues and problems. She is the first to share her personals with others. Above all, she is truly sorry for her past. As time progressed, Sarah's knowledge and understanding of her past wrongs surfaced and she is most remorseful. Sarah now better understands mans' laws, rules, regulations to run a parallel with God's Commandments.

We have discussed her wrongs and issues in and of life's existence and the need to respect all. Her love and respect for God, her family, and all that life has presented to her has given me strong reason to write you pleading and requesting for either a release or a sentence reduction.

In my heart and mind, I give to you my strongest and most positive recommendation for Sarah Cavanaugh.

   Thank you.
   Leo G. Mogavero (Chaplain)